JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARRA HILL, on behalf of herself and all others similarly situated,<br><br>             Plaintiff,<br><br>    v.<br><br>CALIFORNIA EMPIRE FINANCIAL GROUP, INC., a California Corporation; and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No. EDCV 08-56-VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: September 19, 2008

_____
VIRGINIA A. PHILLIPS
United States District Judge