JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARRA HILL, on behalf of herself and all others similarly situated, | Case No. EDCV 08-56-VAP (OPx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CALIFORNIA EMPIRE FINANCIAL GROUP, INC., a California Corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated:  October 24, 2008

VIRGINIA A. PHILLIPS
United States District Judge